**144  STRANG vs. CIRCUIT JUDGE (Hillsdale), No. 15273; 65 N. W., 968; 2 D. L. N., 827.**

To vacate an order dismissing an appeal from an order of the Probate Court admitting a will to probate, unless notice of the appeal be given to certain residuary legatees under the will.

Denied January 28, 1896, with costs.

**145  MERRIMAN ET AL. vs. CIRCUIT JUDGE (Jackson), No. 13575, 96 M., 603.**

To compel respondent to vacate an order permitting an appeal to be taken from an order admitting a will to probate.

Denied July 26, 1893, with costs. Rehearing denied Nov. 21, 1893.

After the final determination in No. 150, the contestant applied to the Circuit Court, which allowed an appeal under How. Stat., Sec. 6784.

Held, that a party ought not to lose his right to an appeal through the neglect or oversight of his attorney. Citing Loree vs. Reeves, 2 M., 133; Capwell vs. Baxter, 58 M., 571.